**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF WEST VIRGINIA**
**AT ELKINS**

ELECTRONICALLY
FILED
Aug 20 2019
U.S. DISTRICT COURT
Northern District of WV

**WEST VIRGINIA**
**HIGHLANDS CONSERVANCY**
**OHIO VALLEY ENVIRONMENTAL**
**COALITION, and SIERRA CLUB,**

        **Plaintiffs,**

**v.**                                    **CIVIL ACTION NO.** ___2:19-CV-41 (Kleeh)___

**BROOKS RUN MINING COMPANY, LLC**

        **Defendant.**

**COMPLAINT FOR DECLARATORY AND INJUNCTIVE RELIEF AND FOR CIVIL**
**PENALTIES**

**INTRODUCTION**

1.      This is a citizen suit for declaratory and injunctive relief against Defendant Brooks Run Mining Company, LLC ("Brooks Run") for violations of the Federal Water Pollution Control Act, 33 U.S.C. § 1251 et seq. (hereafter the Clean Water Act ("CWA")), and the Surface Mining Control and Reclamation Act, 30 U.S.C. § 1201 et seq. (hereafter "SMCRA"), at its Seven Pines Mine in Webster County, West Virginia.

2.      As detailed below, Plaintiffs allege that Brooks Run is in violations of Section 301 of the CWA, 33 U.S.C. § 1311, and the conditions of its West Virginia/National Pollutant Discharge Elimination System ("WV/NPDES") Permit WV1009885.

3.      Plaintiffs further allege that Brooks Run's discharges of pollutants into waters adjacent to its Seven Pines Mine violate the performance standards under SMCRA, and the terms

and conditions of the West Virginia Surface Coal Mining and Reclamation ("WVSCMRA") permit S201002.

## JURISDICTION AND VENUE

4.      The Court has jurisdiction over this action pursuant to 28 U.S.C. § 1331 (federal question), 33 U.S.C. § 1365 (CWA's citizen suit provision), and 30 U.S.C. § 1270 (SMCRA citizen's suit provision).

5.      On June 4, 2019, Plaintiffs gave notice of the violations and their intent to file suit to the Defendant, the United State Environmental Protection Agency ("EPA"), the Office of Surface Mining Reclamation and Enforcement ("OSMRE"), and the West Virginia Department of Environmental Protection ("WVDEP") as required by Section 505(b)(1)(A) of the CWA, 33 U.S.C. § 1365(b)(1)(A), and Section 520(b)(1)(A) of SMCRA, 30 U.S.C. § 1270(b)(1)(A).

6.      On June 19, 2019, Plaintiffs gave a second notice of the violations to the Defendant's parent corporation and its registered agent.

7.      More than sixty days have passed since either notice was sent.  EPA, OSMRE, and/or WVDEP have not commenced or diligently prosecuted a civil or criminal action to redress the violations.  Moreover, neither EPA nor WVDEP commenced an administrative penalty action subject to 309(g) of the CWA 33, U.S.C. § 1319(g), or a comparable state law to redress the violations prior to the issuance of either notice letter.

8.      Venue in this district is proper pursuant to 33 U.S.C. § 1365(c)(1) because the sources of the CWA violations are located in this District and pursuant to 30 U.S.C § 1270(c) because the coal mining operations complained of are located in this District.

## PARTIES

9.      Brooks Run is a West Virginia limited liability company engaged in the business of coal mining.

10.     Brooks Run is a person within the meaning of Section 502(5) of the CWA, 33 U.S.C. § 1362(5), and Section 701(19) of SMCRA, 30 U.S.C. § 1291(19).

11.     Plaintiff Ohio Valley Environmental Coalition is a nonprofit organization incorporated in Ohio.  Its principal place of business is in Huntington, West Virginia.  It has approximately 400 members.  Its mission is to organize and maintain a diverse grassroots organization dedicated to the improvement and preservation of the environment through education, grassroots organizing, coalition building, leadership development, and media outreach.  The Coalition has focused on water quality issues and is a leading source of information about water pollution in West Virginia.

12.     The West Virginia Highlands Conservancy is a nonprofit organization incorporated in West Virginia in 1967.  Its volunteer board of directors and approximately 1,500 members work for the conservation and wise management of West Virginia's natural resources. As one of West Virginia's oldest environmental activist organizations, the West Virginia Highlands Conservancy is dedicated to protecting clean air, clean water, forests, streams, mountains and the health and welfare of the people that live in the Mountain State and for those who visit to recreate.

13.     Plaintiff Sierra Club is a nonprofit corporation incorporated in California, with more than 768,000 members and supporters nationwide, including approximately 2,600 members who reside in West Virginia and belong to its West Virginia Chapter.  The Sierra Club is dedicated to exploring, enjoying, and protecting the wild places of the Earth; to practicing and promoting the responsible use of Earth's resources and ecosystems; to educating and enlisting humanity to protect

and restore the quality of the natural and human environment; and to using all lawful means to carrying out these objectives. The Sierra Club's concerns encompass the exploration, enjoyment and protection of surface water in West Virginia.

14.    Plaintiffs have members who use, enjoy and benefit from the water quality in the Birch River, Laurel Creek, their tributaries, and associated natural resources. They would like to recreate in areas downstream from Brooks Run's operations, but excessive amounts of pollutants harmful to the aquatic ecosystem make the water aesthetically unpleasant and environmentally undesirable. Those same pollutants are discharged in significant quantities from Brooks Run's Seven Pines Mine into the Birch River, Laurel Creek, and their tributaries. Both Laurel Creek and the Birch River are designated by the WVDEP as biologically impaired. Three streams receiving discharges from the Seven Pines Mine—an unnamed tributary of Missouri Creek, Missouri Creek, and Glade Run—are listed as impaired for selenium.

15.    One such member is Chad Cordell. Mr. Cordell has been visiting the areas downstream from the Seven Pines Mine for several years. He passes by the area on his way to some of his favorite fishing spots on the Williams River. Since the Seven Pines Mine has been operational, Mr. Cordell has been concerned about the impacts on water quality. He frequently stops to take measurements of pollutants and to observe any changes to the stream. He fears that the mine is harming aquatic life in the streams receiving discharges, particularly since many of the streams are listed as impaired. He would like to fish in the Birch River, and Laurel Creek, as they are much closer to his home than the Williams River, but he does not because of the mine pollution.

16.    If Brooks Run's unlawful discharges ceased, the harm to the interest of Plaintiffs' members would be redressed. An injunction would redress Plaintiffs' members injuries by preventing further violations of the limits in Brooks Run's permits.

17.     At all relevant times, Plaintiffs were and are "persons" as that term is defined by the CWA, 33 U.S.C. § 1362(5) and SMCRA, 30 U.S.C. § 1291(19).

### STATUTORY AND REGULATORY FRAMEWORK

18.     Section 301 of the CWA, 33 U.S.C. § 1311(a), prohibits the "discharge of any pollutant by any person" into waters of the United States except in compliance with the terms of a permit, such as a National Pollutant Discharge Elimination System ("NPDES") permit issued by EPA or an authorized state pursuant to Section 402 of the CWA, 33 U.S.C. § 1342.

19.     Section 402(a) of the CWA, 33 U.S.C. § 1342(a), provides that the permit-issuing authority may issue NPDES permits that authorize the discharge of pollutants directly into waters of the United States, upon the condition that such discharge will meet all applicable requirements of the CWA and other such conditions as the permit authority determines necessary to carry out the provisions of the CWA.

20.     Section 303(a) of the CWA, 33 U.S.C. § 1313(a), requires that states adopt ambient water quality standards and establish water quality criteria for particular water bodies that will protect designated uses of the water.

21.     The Administrator of EPA authorized WVDEP, pursuant to Section 402(a)(2) of the Act, 33 U.S.C. § 1342(a)(2), to issue NPDES permits on May 10, 1981.  47 Fed. Reg. 2263. The applicable West Virginia law for issuing NPDES permits is the West Virginia Water Pollution Control Act, W.Va. Code § 22-11-1, et seq.

22.     Section 505(a) of the CWA, 33 U.S.C. § 1365(a), authorizes any "citizen" to "commence a civil action on his own behalf . . . against any person . . . who is alleged to be in violation of . . . an effluent standard or limitation under this chapter."

23.     Section 505(f) of the CWA, 33 U.S.C. § 1365(f), defines an "effluent standard or limitation under this chapter," for purposes of the citizen suit provision in Section 505(a) of the CWA, 33 U.S.C. § 1365(a), to mean, among other things, an unlawful act under Section 301(a) of the CWA, 33 U.S.C. § 1311(a), and/or "a permit or condition thereof" issued under Section 402 of the CWA, 33 U.S.C § 1342(a).

24.     In any action brought under Section 505(a) of the CWA, 33 U.S.C. § 1365(a), the district court has jurisdiction to order the defendant to comply with the CWA and to assess civil penalties.

25.     Under Section 505(d) of the CWA, 33 U.S.C. § 1365(d), the court "may award costs of litigation (including reasonable attorney and expert witness fees) to any prevailing or substantially prevailing party, whenever the court determines such an award is appropriate."

26.     Section 309(d) of the CWA, 33 U.S.C. § 1319(d), provides that any person who violates Section 301 of the CWA, 33 U.S.C. § 1311, or violates any permit condition or limitation in a permit issued pursuant to Section 402 of the CWA, 33 U.S.C. § 1342, shall be subject to a civil penalty payable to the United States of up to $25,000 per day for each violation.

27.     Pursuant to the Federal Civil Penalties Adjustment Act of 1990, 28 U.S.C. § 2461, as amended by the Federal Civil Penalties Inflation Adjustment Act Improvements Act of 2015, Public Law 114-74, the court may assess a civil penalty of up to $54,833 per day for each violation.

28.     Section 506 of SMCRA, 30 U.S.C. § 1256, prohibits any person from engaging in or carrying out surface coal mining operations without first obtaining a permit from OSMRE or from an approved state regulatory authority.

29.     At all relevant times, the State of West Virginia has administered an approved surface mining regulatory program under SMCRA.  *See* 30 C.F.R. § 948.10.

30.     Among the performance standards mandated by SMCRA and the West Virginia Surface Coal Mining and Reclamation Act ("WVSCMRA") is that "[d]ischarges of water from areas disturbed by surface mining activities shall be made in compliance with all applicable State and Federal water quality laws and regulations. . . " 30 C.F.R. § 816.42; *see also,* W.Va. C.S.R. § 38-2-14.5.b.

31.     The performance standards further require that "[a]ll surface mining and reclamation activities shall be conducted . . . to prevent material damage to the hydrologic balance outside the permit area."   W.Va. C.S.R. § 2-14.5.   At minimum, "material damage" includes violations of applicable water quality standards.

32.     The legislative rules promulgated under WVSCMRA provide that, as a general condition of all surface mining permits issued under the WVSCMRA, the permittee must comply with all applicable performance standards.  38 C.S.R. § 2-3.33.c.

33.     Section 520(a) of SMCRA, 30 U.S.C. § 1270(a), authorizes any person adversely affected to bring an action in federal court to compel compliance with the act. 30 U.S.C. § 1270(a)(1).

34.     Pursuant to 30 U.S.C. § 1270(d) the court may award the costs of litigation including attorney and expert witness fees to any party whenever the court determines such an award is appropriate.

## FACTS

35.     Brooks Run's mining operations at the Seven Pines Mine are regulated under West Virginia Surface Mining Permit No. S201002.  That Permit was renewed on September 8, 2014.

36.     Discharges from the Seven Pines mine are regulated pursuant to WV/NPDES Permit No. WV1009885.  That permit was reissued on February 28, 2014.

37.    The Seven Pines Mine is permitted as a mountaintop removal mine with ten valley fills. Fills 1-10 are associated with Outlets 001 through 010. Outlets 001, 002, 003, and 010 discharge into an unnamed tributary of Missouri Creek. Outlet 004 and 005 discharge to tributaries of Laurel Creek. Outlet 006 discharges to Chuffy Run; Outlet 007 to Kate Run; and Outlets 008 and 009 to Bragg Run, which are all tributaries of the Birch River. Outlets 011 through 108 are associated with drainage ditches.

38.    Part C WV/NPDES Permit No. WV1009885 incorporates by reference, and therefor includes a condition, a West Virginia regulation that provides that "[the discharge or discharges covered by [this] WV/NPDES permit are to be of such quality so as not to cause a violation of applicable water quality standards promulgated by 47 CSR 2." 47 W. Va. C.S.R. § 30-5.1.f.

### Violations of Selenium Limits at the Seven Pines Mine

39.    NPDES permit WV1009885 imposes limits on total recoverable selenium at Outlets 001 through 009, 014, 036, and 082.

40.    In its monthly discharge monitoring reports, Brooks Run has reported the following violations of its permit limits for total recoverable selenium at the Seven Pines Mine in the following months and at the following outlets:

|   | Month | Outlet | Limit | Units | Type | Reported Quantity | Units |
|---|-------|--------|-------|-------|------|-------------------|-------|
| 1 | 3/31/2017 | 004 | 4.7 | μg/L | Avg | 8.24 | μg/L |
| 2 | 3/31/2017 | 004 | 8.2 | μg/L | Max | 8.24 | μg/L |
| 3 | 3/31/2017 | 006 | 8.2 | μg/L | Max | 32.8 | μg/L |
| 4 | 3/31/2017 | 006 | 4.7 | μg/L | Avg | 29.5 | μg/L |
| 5 | 3/31/2017 | 008 | 8.2 | μg/L | Max | 33.8 | μg/L |
| 6 | 3/31/2017 | 008 | 4.7 | μg/L | Avg | 33.8 | μg/L |
| 7 | 4/30/2017 | 001 | 8.2 | μg/L | Max | 12.9 | μg/L |
| 8 | 4/30/2017 | 001 | 4.7 | μg/L | Avg | 12.9 | μg/L |
| 9 | 4/30/2017 | 004 | 4.7 | μg/L | Avg | 9.15 | μg/L |

| 10 | 4/30/2017 | 004 | 8.2 | μg/L | Max | 11 | μg/L |
|----|-----------|-----|-----|------|-----|------|------|
| 11 | 4/30/2017 | 006 | 4.7 | μg/L | Avg | 25 | μg/L |
| 12 | 4/30/2017 | 006 | 8.2 | μg/L | Max | 28 | μg/L |
| 13 | 4/30/2017 | 007 | 4.7 | μg/L | Avg | 81.1 | μg/L |
| 14 | 4/30/2017 | 007 | 8.2 | μg/L | Max | 81.1 | μg/L |
| 15 | 4/30/2017 | 008 | 4.7 | μg/L | Avg | 29.7 | μg/L |
| 16 | 4/30/2017 | 008 | 8.2 | μg/L | Max | 29.8 | μg/L |
| 17 | 5/31/2017 | 004 | 4.7 | μg/L | Avg | 9.23 | μg/L |
| 18 | 5/31/2017 | 004 | 8.2 | μg/L | Max | 10.1 | μg/L |
| 19 | 5/31/2017 | 006 | 4.7 | μg/L | Avg | 41 | μg/L |
| 20 | 5/31/2017 | 006 | 8.2 | μg/L | Max | 45.6 | μg/L |
| 21 | 5/31/2017 | 008 | 8.2 | μg/L | Max | 28.6 | μg/L |
| 22 | 5/31/2017 | 008 | 4.7 | μg/L | Avg | 27.8 | μg/L |
| 23 | 6/30/2017 | 004 | 4.7 | μg/L | Avg | 6.37 | μg/L |
| 24 | 6/30/2017 | 006 | 8.2 | μg/L | Max | 47.9 | μg/L |
| 25 | 6/30/2017 | 006 | 4.7 | μg/L | Avg | 45.2 | μg/L |
| 26 | 6/30/2017 | 008 | 8.2 | μg/L | Max | 37.1 | μg/L |
| 27 | 6/30/2017 | 008 | 4.7 | μg/L | Avg | 31 | μg/L |
| 28 | 7/31/2017 | 006 | 4.7 | μg/L | Avg | 43.4 | μg/L |
| 29 | 7/31/2017 | 006 | 8.2 | μg/L | Max | 44.2 | μg/L |
| 30 | 7/31/2017 | 008 | 4.7 | μg/L | Avg | 49.6 | μg/L |
| 31 | 7/31/2017 | 008 | 8.2 | μg/L | Max | 55.2 | μg/L |
| 32 | 8/31/2017 | 004 | 4.7 | μg/L | Avg | 7.09 | μg/L |
| 33 | 8/31/2017 | 004 | 8.2 | μg/L | Max | 9.58 | μg/L |
| 34 | 8/31/2017 | 006 | 8.2 | μg/L | Max | 53.6 | μg/L |
| 35 | 8/31/2017 | 006 | 4.7 | μg/L | Avg | 52 | μg/L |
| 36 | 8/31/2017 | 008 | 8.2 | μg/L | Max | 33.4 | μg/L |
| 37 | 8/31/2017 | 008 | 4.7 | μg/L | Avg | 24.3 | μg/L |
| 38 | 9/30/2017 | 004 | 4.7 | μg/L | Avg | 5.71 | μg/L |
| 39 | 9/30/2017 | 006 | 4.7 | μg/L | Avg | 60.7 | μg/L |
| 40 | 9/30/2017 | 006 | 8.2 | μg/L | Max | 65.1 | μg/L |
| 41 | 9/30/2017 | 008 | 4.7 | μg/L | Avg | 12.1 | μg/L |
| 42 | 9/30/2017 | 008 | 8.2 | μg/L | Max | 16 | μg/L |
| 43 | 10/31/2017 | 004 | 4.7 | μg/L | Avg | 6.33 | μg/L |
| 44 | 10/31/2017 | 004 | 8.2 | μg/L | Max | 8.54 | μg/L |
| 45 | 10/31/2017 | 006 | 8.2 | μg/L | Max | 61.7 | μg/L |
| 46 | 10/31/2017 | 006 | 4.7 | μg/L | Avg | 61.7 | μg/L |
| 47 | 10/31/2017 | 008 | 8.2 | μg/L | Max | 9.8 | μg/L |
| 48 | 10/31/2017 | 008 | 4.7 | μg/L | Avg | 8.63 | μg/L |

| 49 | 11/30/2017 | 004 | 4.7 | µg/L | Avg | 6.56 | µg/L |
|---|---|---|---|---|---|---|---|
| 50 | 11/30/2017 | 008 | 4.7 | µg/L | Avg | 15.4 | µg/L |
| 51 | 11/30/2017 | 008 | 8.2 | µg/L | Max | 19 | µg/L |
| 52 | 12/31/2017 | 004 | 4.7 | µg/L | Avg | 7.11 | µg/L |
| 53 | 12/31/2017 | 008 | 8.2 | µg/L | Max | 19.6 | µg/L |
| 54 | 12/31/2017 | 008 | 4.7 | µg/L | Avg | 14.6 | µg/L |
| 55 | 1/31/2018 | 001 | 4.7 | µg/L | Avg | 6.77 | µg/L |
| 56 | 1/31/2018 | 005 | 4.7 | µg/L | Avg | 84 | µg/L |
| 57 | 1/31/2018 | 005 | 8.2 | µg/L | Max | 84 | µg/L |
| 58 | 1/31/2018 | 007 | 4.7 | µg/L | Avg | 107 | µg/L |
| 59 | 1/31/2018 | 007 | 8.2 | µg/L | Max | 107 | µg/L |
| 60 | 1/31/2018 | 009 | 8.2 | µg/L | Max | 12.8 | µg/L |
| 61 | 1/31/2018 | 009 | 4.7 | µg/L | Avg | 11.4 | µg/L |
| 62 | 2/28/2018 | 001 | 8.2 | µg/L | Max | 16.1 | µg/L |
| 63 | 2/28/2018 | 001 | 4.7 | µg/L | Avg | 12.3 | µg/L |
| 64 | 2/28/2018 | 003 | 8.2 | µg/L | Max | 13.6 | µg/L |
| 65 | 2/28/2018 | 003 | 4.7 | µg/L | Avg | 13.6 | µg/L |
| 66 | 2/28/2018 | 004 | 8.2 | µg/L | Max | 12.1 | µg/L |
| 67 | 2/28/2018 | 004 | 4.7 | µg/L | Avg | 8.04 | µg/L |
| 68 | 2/28/2018 | 005 | 8.2 | µg/L | Max | 57.6 | µg/L |
| 69 | 2/28/2018 | 005 | 4.7 | µg/L | Avg | 52.8 | µg/L |
| 70 | 2/28/2018 | 007 | 4.7 | µg/L | Avg | 89.7 | µg/L |
| 71 | 2/28/2018 | 007 | 8.2 | µg/L | Max | 96.8 | µg/L |
| 72 | 2/28/2018 | 008 | 8.2 | µg/L | Max | 10.9 | µg/L |
| 73 | 2/28/2018 | 008 | 4.7 | µg/L | Avg | 7.65 | µg/L |
| 74 | 2/28/2018 | 009 | 8.2 | µg/L | Max | 11.6 | µg/L |
| 75 | 2/28/2018 | 009 | 4.7 | µg/L | Avg | 9.59 | µg/L |
| 76 | 2/28/2018 | 014 | 8.2 | µg/L | Max | 43 | µg/L |
| 77 | 2/28/2018 | 014 | 4.7 | µg/L | Avg | 43 | µg/L |
| 78 | 2/28/2018 | 036 | 4.7 | µg/L | Avg | 7.92 | µg/L |
| 79 | 3/31/2018 | 004 | 8.2 | µg/L | Max | 9.45 | µg/L |
| 80 | 3/31/2018 | 004 | 4.7 | µg/L | Avg | 9.18 | µg/L |
| 81 | 3/31/2018 | 005 | 4.7 | µg/L | Avg | 62.1 | µg/L |
| 82 | 3/31/2018 | 005 | 8.2 | µg/L | Max | 67.6 | µg/L |
| 83 | 3/31/2018 | 008 | 4.7 | µg/L | Avg | 37.7 | µg/L |
| 84 | 3/31/2018 | 008 | 8.2 | µg/L | Max | 41 | µg/L |
| 85 | 3/31/2018 | 009 | 8.2 | µg/L | Max | 35.8 | µg/L |
| 86 | 3/31/2018 | 009 | 4.7 | µg/L | Avg | 31 | µg/L |
| 87 | 3/31/2018 | 014 | 8.2 | µg/L | Max | 39.3 | µg/L |

| 88 | 3/31/2018 | 014 | 4.7 | µg/L | Avg | 39.3 | µg/L |
|---|---|---|---|---|---|---|---|
| 89 | 4/30/2018 | 001 | 8.2 | µg/L | Max | 11.4 | µg/L |
| 90 | 4/30/2018 | 001 | 4.7 | µg/L | Avg | 11.4 | µg/L |
| 91 | 4/30/2018 | 005 | 8.2 | µg/L | Max | 58.2 | µg/L |
| 92 | 4/30/2018 | 005 | 4.7 | µg/L | Avg | 49.7 | µg/L |
| 93 | 4/30/2018 | 008 | 4.7 | µg/L | Avg | 45.1 | µg/L |
| 94 | 4/30/2018 | 008 | 8.2 | µg/L | Max | 49.7 | µg/L |
| 95 | 4/30/2018 | 009 | 8.2 | µg/L | Max | 44.6 | µg/L |
| 96 | 4/30/2018 | 009 | 4.7 | µg/L | Avg | 36.5 | µg/L |
| 97 | 4/30/2018 | 014 | 8.2 | µg/L | Max | 35.63 | µg/L |
| 98 | 4/30/2018 | 014 | 4.7 | µg/L | Avg | 35.63 | µg/L |
| 99 | 4/30/2018 | 036 | 4.7 | µg/L | Avg | 5.16 | µg/L |
| 100 | 4/30/2018 | 082 | 4.7 | µg/L | Avg | 16.41 | µg/L |
| 101 | 4/30/2018 | 082 | 8.2 | µg/L | Max | 16.41 | µg/L |
| 102 | 5/31/2018 | 001 | 8.2 | µg/L | Max | 8.79 | µg/L |
| 103 | 5/31/2018 | 001 | 4.7 | µg/L | Avg | 8.79 | µg/L |
| 104 | 5/31/2018 | 002 | 4.7 | µg/L | Avg | 4.73 | µg/L |
| 105 | 5/31/2018 | 005 | 8.2 | µg/L | Max | 64.9 | µg/L |
| 106 | 5/31/2018 | 005 | 4.7 | µg/L | Avg | 55 | µg/L |
| 107 | 5/31/2018 | 008 | 4.7 | µg/L | Avg | 39.4 | µg/L |
| 108 | 5/31/2018 | 008 | 8.2 | µg/L | Max | 42 | µg/L |
| 109 | 5/31/2018 | 009 | 8.2 | µg/L | Max | 40.8 | µg/L |
| 110 | 5/31/2018 | 009 | 4.7 | µg/L | Avg | 37 | µg/L |
| 111 | 6/30/2018 | 008 | 4.7 | µg/L | Avg | 8.65 | µg/L |
| 112 | 6/30/2018 | 008 | 8.2 | µg/L | Max | 8.65 | µg/L |
| 113 | 6/30/2018 | 009 | 8.2 | µg/L | Max | 10.9 | µg/L |
| 114 | 6/30/2018 | 009 | 4.7 | µg/L | Avg | 9.66 | µg/L |
| 115 | 7/31/2018 | 005 | 8.2 | µg/L | Max | 27.1 | µg/L |
| 116 | 7/31/2018 | 005 | 4.7 | µg/L | Avg | 13.6 | µg/L |
| 117 | 8/31/2018 | 003 | 4.7 | µg/L | Avg | 5.35 | µg/L |
| 118 | 8/31/2018 | 008 | 4.7 | µg/L | Avg | 6.86 | µg/L |
| 119 | 8/31/2018 | 008 | 8.2 | µg/L | Max | 9.38 | µg/L |
| 120 | 9/30/2018 | 007 | 4.7 | µg/L | Avg | 126 | µg/L |
| 121 | 9/30/2018 | 007 | 8.2 | µg/L | Max | 126 | µg/L |
| 122 | 10/31/2018 | 004 | 8.2 | µg/L | Max | 8.24 | µg/L |
| 123 | 10/31/2018 | 004 | 4.7 | µg/L | Avg | 5.13 | µg/L |
| 124 | 11/30/2018 | 008 | 4.7 | µg/L | Avg | 6.36 | µg/L |
| 125 | 11/30/2018 | 008 | 8.2 | µg/L | Max | 10.8 | µg/L |
| 126 | 12/31/2018 | 004 | 8.2 | µg/L | Max | 14.6 | µg/L |

| 127 | 12/31/2018 | 004 | 4.7 | µg/L | Avg | 10.7 | µg/L |
|-----|-----------|-----|-----|------|-----|------|------|
| 128 | 12/31/2018 | 008 | 4.7 | µg/L | Avg | 10.1 | µg/L |
| 129 | 12/31/2018 | 008 | 8.2 | µg/L | Max | 16.4 | µg/L |
| 130 | 1/31/2019 | 002 | 4.7 | µg/L | Avg | 5.22 | µg/L |
| 131 | 1/31/2019 | 004 | 4.7 | µg/L | Avg | 17.6 | µg/L |
| 132 | 1/31/2019 | 004 | 8.2 | µg/L | Max | 19.0 | µg/L |
| 133 | 1/31/2019 | 008 | 4.7 | µg/L | Avg | 42.9 | µg/L |
| 134 | 1/31/2019 | 008 | 8.2 | µg/L | Max | 59.8 | µg/L |
| 135 | 1/31/2019 | 008 | 8.2 | µg/L | Max | 26.0 | µg/L |
| 136 | 2/28/2019 | 004 | 4.7 | µg/L | Avg | 8.69 | µg/L |
| 137 | 2/28/2019 | 004 | 8.2 | µg/L | Max | 12.5 | µg/L |
| 138 | 2/28/2019 | 008 | 4.7 | µg/L | Avg | 23.8 | µg/L |
| 139 | 2/28/2019 | 008 | 8.2 | µg/L | Max | 33.1 | µg/L |
| 140 | 2/28/2019 | 008 | 8.2 | µg/L | Max | 14.5 | µg/L |
| 141 | 3/31/2019 | 004 | 4.7 | µg/L | Avg | 14.3 | µg/L |
| 142 | 3/31/2019 | 004 | 8.2 | µg/L | Max | 16.0 | µg/L |
| 143 | 3/31/2019 | 008 | 4.7 | µg/L | Avg | 23.8 | µg/L |
| 144 | 3/31/2019 | 008 | 8.2 | µg/L | Max | 25.7 | µg/L |
| 145 | 4/30/2019 | 008 | 8.2 | µg/L | Max | 21.9 | µg/L |
| 146 | 4/30/2019 | 002 | 4.7 | µg/L | Avg | 5.55 | µg/L |
| 147 | 4/30/2019 | 008 | 4.7 | µg/L | Avg | 21.7 | µg/L |
| 148 | 4/30/2019 | 008 | 8.2 | µg/L | Max | 34.9 | µg/L |
| 149 | 4/30/2019 | 008 | 8.2 | µg/L | Max | 8.5 | µg/L |
| 150 | 5/30/2019 | 004 | 4.7 | µg/L | Avg | 7.96 | µg/L |
| 151 | 5/30/2019 | 004 | 8.2 | µg/L | Max | 9.22 | µg/L |
| 152 | 5/30/2019 | 008 | 4.7 | µg/L | Avg | 22.8 | µg/L |
| 153 | 5/30/2019 | 008 | 8.2 | µg/L | Max | 24.5 | µg/L |
| 154 | 5/30/2019 | 008 | 8.2 | µg/L | Max | 21.0 | µg/L |
| 155 | 6/30/2019 | 002 | 4.7 | µg/L | Avg | 5.28 | µg/L |
| 156 | 6/30/2019 | 002 | 8.2 | µg/L | Max | 9.09 | µg/L |
| 157 | 6/30/2019 | 008 | 4.7 | µg/L | Avg | 20.9 | µg/L |
| 158 | 6/30/2019 | 008 | 8.2 | µg/L | Max | 26.2 | µg/L |
| 159 | 6/30/2019 | 008 | 8.2 | µg/L | Max | 15.5 | µg/L |

41.     The excessive selenium concentrations in Brooks Run's discharges are contributing

to the impairment of the receiving streams.  According to WVDEP's 2016 § 303(d) List (p. 14),

the unnamed tributary to Missouri Creek, Missouri Creek (Outlets 001 through 003) and Glade Run (Outlet 005) are listed as impaired for selenium.

### Violations of Water Quality Standards

42.     In July 2002, prior to mining, Brooks Run's consultant performed water quality and benthic sampling at 22 locations in streams that could be affected by the Seven Pines Mine.  After mining, Brooks Run's consultant performed additional water quality and benthic sampling at six different locations, three of which are close to earlier locations.  The table below compares the 2002 baselines pre-mining and 2013 through 2017 post-mining water quality and West Virginia Stream Condition Index ("WVSCI") scores at the three locations that are downstream of active operations at the Seven Pines Mine:

| Location | 2002 Sample Point | 2013-17 Sample Point | WVSCI/Conductivity | | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | | | 2002 | 2013 | 2014 | 2015 | 2016 | 2017 |
| Below 007 in Kate Run | KR-1 | BASDKR | 76/90 | 48/987 | ND/930 | 40/198 | 47/1831 | No Flow |
| Below 001, 002, 003 in UT Missouri Creek | UTMC-1 | BASUUTMC | 73/210 | 59/1757 | 61/1184 | 62/659 | 66/787 | 58/2160 |
| Below 010 in Missouri Creek | MC-1 | BASDMC | 71/340 | 61/1216 | 58/1962 | 60/1410 | 58/1754 | 49/1930 |

43.     According to WVDEP's most recent 303(d) List streams with WVSCI scores below 72 are biologically impaired.

44.     In 2002, prior to mining, the streams were unimpaired with high WVSCI scores and low conductivity.  Between 2013 and 2017, after mining, the streams were impaired with lower WVSCI scores and higher conductivity.  Each of the three sampling locations near the baseline locations show impairment.  Moreover, the WVDEP has listed Laurel Creek and the Birch River

as biologically impaired.  Upon information and belief, Plaintiffs allege that discharges of high conductivity from valley fills at the Seven Pines Mine are causing biological impairment in downstream waters.

45.    Brooks Run's discharge monitoring reports show that it discharged the following maximum amounts of conductivity ("Cond."), sulfate ("Sulf."), and total dissolved solids ("TDS") from Outlets 001, 002, and 003.  (Months with blank cells had no flow.)

| Month | Outlet 001 | | | Outlet 002 | | | Outlet 003 | | |
|---|---|---|---|---|---|---|---|---|---|
| | Cond. | Sulf. | TDS | Cond. | Sulf. | TDS | Cond | Sulf. | TDS |
| Apr-17 | 1955 | 742 | 1760 | 2071 | 837 | 2150 | | | |
| May-17 | | | | 1978 | 1055 | 2022 | | | |
| Jun-17 | | | | 2219 | 1097 | 1910 | | | |
| Jul-17 | | | | 2315 | 961 | 2036 | | | |
| Aug-17 | | | | 2489 | 1072 | 2426 | | | |
| Sept-17 | | | | 2753 | 1260 | 2706 | | | |
| Oct-17 | | | | 2771 | 1136 | 2396 | | | |
| Nov-17 | | | | 2272 | 1209 | 1980 | | | |
| Dec-17 | | | | 2465 | 1011 | 2056 | | | |
| Jan-18 | 2367 | 1072 | 2008 | 1980 | 717 | 1650 | | | |
| Feb-18 | 1882 | 918 | 1552 | 1688 | 726 | 1488 | 1671 | 653 | 1532 |
| Mar-18 | 1980 | 717 | 1650 | 2122 | 1027 | 1818 | | | |
| Apr-18 | 1580 | 621 | 1312 | 1969 | 835 | 1776 | | | |
| May-18 | 1662 | 571 | 1454 | 1827 | 746 | 1638 | | | |
| Jun-18 | 1877 | 618 | 1628 | 2190 | 702 | 2002 | | | |
| Jul-18 | 2030 | 823 | 1780 | 2350 | 739 | 2062 | | | |
| Aug-18 | 1882 | 458 | 1706 | 2090 | 356 | 1906 | 2340 | 119 | 2212 |
| Sep-18 | 2130 | 665 | 2068 | 1958 | 699 | 1940 | | | |
| Oct-18 | | | | 1769 | 735 | 1720 | | | |
| Nov-18 | | | | 1825 | 636 | 1752 | | | |
| Dec-18 | | | | 1795 | 649 | 1696 | | | |
| Jan-19 | | | | 1750 | 494 | 1548 | | | |
| Feb-19 | | | | 1972 | 467 | 1876 | | | |
| Mar-19 | | | | 1736 | 807 | 1600 | | | |
| Apr-19 | | | | 2140 | 368 | 2066 | | | |
| May-19 | | | | 1908 | 721 | 1838 | | | |
| June-19 | | | | 1868 | 535 | 1774 | | | |

46.     Brooks Run's discharge monitoring reports show that it discharged the following maximum amounts of conductivity ("Cond."), sulfate ("Sulf."), and total dissolved solids ("TDS") from Outlets 004, 005, and 008, and 009.  (Months with blank cells had no flow.)

| Month | Outlet 004 | | | Outlet 005 | | | Outlet 008 | | | Outlet 009 | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Cond. | Sulf. | TDS | Cond. | Sulf. | TDS | Cond. | Sulf. | TDS | Cond. | Sulf. | TDS |
| Apr-17 | 1873 | 874 | 1838 | | | | 1860 | 785 | 1926 | | | |
| May-17 | 1733 | 792 | 1848 | | | | 1782 | 668 | 1914 | | | |
| Jun-17 | 2001 | 756 | 2008 | | | | 1967 | 895 | 1908 | | | |
| Jul-17 | 2288 | 1101 | 2058 | | | | 2265 | 1029 | 2022 | | | |
| Aug-17 | 2320 | 1077 | 2134 | | | | 2350 | 949 | 2230 | | | |
| Sept-17 | 2498 | 1126 | 2382 | | | | 2533 | 1021 | 2446 | | | |
| Oct-17 | 2536 | 1203 | 2254 | | | | 2470 | 923 | 2120 | | | |
| Nov-17 | 2186 | 1092 | 1890 | | | | 2191 | 991 | 1900 | | | |
| Dec-17 | 2245 | 1024 | 1916 | | | | 2243 | 957 | 1896 | | | |
| Jan-18 | 1877 | 730 | 1528 | 1985 | 695 | 1730 | 2074 | 807 | 1666 | 2037 | 835 | 1732 |
| Feb-18 | 1633 | 682 | 1352 | 1936 | 841 | 1676 | 1551 | 594 | 1322 | 1567 | 604 | 1278 |
| Mar-18 | 1946 | 920 | 1672 | 2125 | 845 | 1828 | 1966 | 750 | 1734 | 2488 | 1080 | 2234 |
| Apr-18 | 1815 | 780 | 1660 | 2115 | 957 | 1862 | 2039 | 851 | 1892 | 2478 | 1077 | 2328 |
| May-18 | 1581 | 563 | 1340 | 2229 | 883 | 2088 | 1846 | 798 | 1614 | 2476 | 1071 | 2340 |
| Jun-18 | 1869 | 453 | 1868 | 2230 | 248 | 2164 | 2090 | 860 | 1860 | 2590 | 689 | 2366 |
| Jul-18 | 1886 | 832 | 1658 | 2320 | 1060 | 2120 | 2270 | 795 | 2020 | | | |
| Aug-18 | 1786 | 100 | 1774 | | | | 2030 | 209 | 1970 | | | |
| Sep-18 | 1806 | 529 | 1710 | | | | 1984 | 394 | 1660 | | | |
| Oct-18 | 1704 | 367 | 1680 | | | | 1707 | 423 | 1626 | | | |
| Nov-18 | | | | | | | 1716 | 410 | 1736 | | | |
| Dec-18 | 1667 | 251 | 1636 | | | | 1863 | 294 | 1552 | | | |
| Jan-19 | 1511 | 494 | 1376 | | | | 1870 | 548 | 1738 | | | |
| Feb-19 | 1650 | 410 | 1612 | | | | 2020 | 550 | 1900 | | | |
| Mar-19 | 1542 | 906 | 1386 | | | | 1976 | 267 | 1888 | | | |
| Apr-19 | 1833 | 296 | 1728 | | | | 2160 | 593 | 2054 | | | |
| May-19 | 1536 | 339 | 1352 | | | | 1999 | 623 | 1998 | | | |
| June-19 | 1638 | 976 | 1576 | | | | 1952 | 460 | 1900 | | | |

47.     Brooks Run's discharge monitoring reports show that it discharged the following maximum amounts of conductivity ("Cond."), calcium ("Ca"), magnesium ("Mg"), sodium ("Na"), sulfate ("Sulf."), potassium ("K"), and total dissolved solids ("TDS") from Outlet 007. (Months with blank cells had no flow.)

| Month | Cond. | Ca | Mg | Na | Sulf. | K | TDS |
|---|---|---|---|---|---|---|---|
| Apr-17 | 1722 | 223 | 136 | 5 | 569 | 19 | 1486 |
| May-17 | | | | | | | |
| Jun-17 | | | | | | | |
| Jul-17 | | | | | | | |
| Aug-17 | | | | | | | |
| Sep-17 | | | | | | | |
| Oct-17 | | | | | | | |
| Nov-17 | | | | | | | |
| Dec-17 | | | | | | | |
| Jan-18 | 1949 | 234 | 156 | 6 | 768 | 20 | 1652 |
| Feb-18 | 2029 | 258 | 167 | 6 | 830 | 22 | 1708 |
| Mar-18 | | | | | | | |
| Apr-18 | | | | | | | |
| May-18 | 1812 | 212 | 144 | 5 | 664 | 20 | 1600 |
| Jun-18 | | | | | | | |
| Jul-18 | | | | | | | |
| Aug-18 | | | | | | | |
| Sep-18 | 2090 | 313 | 192 | 6 | 529 | 26 | 1794 |

48.    In 2011, EPA scientists summarized the existing science connecting conductivity and biological degradation in an EPA report entitled, "A Field-Based Aquatic Life Benchmark for Conductivity in Central Appalachian Streams." That report, which was peer-reviewed by top scientists on EPA's Science Advisory Board, used EPA's standard method for deriving water quality criteria to derive a conductivity benchmark of 300 µS/cm. *Id*. at xiv-xv. According to the species sensitivity distribution in the benchmark, on average, five percent of species are lost when conductivity rises to 295 µS/cm, over 50% are lost at 2000 µS/cm, and close to 60% are lost at 3000 µS/cm. *Id*. at 18. EPA considered potential confounding factors, including habitat, temperature, deposited sediments and pH, and concluded that none of them altered the relationship between conductivity and biological decline or the benchmark value of 300 µS/cm. Id. at 41, B-22. EPA found that the loss of aquatic species from increased conductivity was "a severe and clear effect." *Id*. at A-37. EPA also conducted a detailed causal assessment and concluded that there

is a causal relationship between conductivity and stream impairment in West Virginia.  *Id*. at A-39.  Finally, EPA's benchmark report analyzed the relationship between the WVSCI biological impairment threshold and conductivity levels, and found that a WVSCI score of 64 (close to the impairment threshold of 68) corresponds to streams with conductivity of about 300 µS/cm on average.  *Id*. at A-36.  A statistical analysis included in the benchmark determined that at a conductivity level of 300 µS/cm a stream is 59% likely to be impaired and at 500 µS/cm a stream is 72% likely to be impaired.  *Id*.

49.     The ions found coming out of Outlet 007 are consistent with those associated with coal mining pollution in this region (Pond et al. 2008; Palmer et al. 2010; Bernhardt and Palmer 2011; Lindberg et al. 2012; Pond et al. 2010; Pond et al. 2012; Pond et al. 2014; Kunz 2013). The ionic mixture of calcium, magnesium, sulfate, and bicarbonate in alkaline mine water causes the loss of aquatic macroinvertebrates in Appalachian areas where surface coal mining is prevalent; it is the mixture of ions that causes the biological impairment (Cormier et al. 2013b; Cormier and Suter 2013).  This mixture also has significant adverse effects on fish assemblages (Hitt 2014; Hopkins 2013) and has toxic effects on aquatic life, including mayflies (Kunz 2013; Echols 2010; Kennedy 2004).

50.     Bernhardt et al. (2012) concluded that:

The extent of surface mining within catchments is highly correlated with the ionic strength and sulfate concentrations of receiving streams. Generalized additive models were used to estimate the amount of watershed mining, stream ionic strength, or sulfate concentrations beyond which biological impairment (based on state biocriteria) is likely. We find this threshold is reached once surface coal mines occupy >5.4% of their contributing watershed area, ionic strength exceeds 308 µS $cm^{-1}$, or sulfate concentrations exceed 50 mg $L^{-1}$.

51.     A 2016 study using simulated mine effluents in an experimental stream under controlled conditions measured the same adverse effects on aquatic organisms at conductivity levels of 300 μS/cm and lower (Clements and Kotalik 2016).

52.     In sum, the available evidence shows that, as a result of mining operations at Brooks's Seven Pines Mine, the receiving streams have (1) elevated chemical ions (including sulfate, calcium, magnesium, and sodium), measured as increased conductivity, and (2) biologically impaired aquatic life.  Brooks is discharging high levels of ionic pollutants, measured as conductivity, from Outlets 001, 002, 003, 007, 008, and 009 that are causing or materially contributing to biological impairment and violations of the narrative water quality standard for biological integrity in those streams.

## FIRST CLAIM FOR RELIEF
### (CWA § 402 Permit Violations)

53.     Plaintiffs incorporate by reference all allegations contained in paragraphs 1 through 52 above.

54.     Since at least March 2017, Brooks Run has discharged and continues to discharge pollutants from point sources, i.e. Outlets 001 through 009, 14, 36, and 82 into tributaries of Laurel creek and the Birch River pursuant to WV/NPDES Permit Number WV1009885.

55.     The Birch River, Laurel Creek and their tributaries, including Missouri Creek, Chuffy Run, Bragg Creek, Kate Run and other tributaries receiving discharges from the Seven Pines Mine are waters of the United States within the meaning of 33 U.S.C. § 1362(7).

56.     Since at least March 2017, Brooks Run has discharged and continues to discharge total recoverable selenium in violation of the limits for permit WV1009885 at the outfalls and in the months listed in Paragraph 40 *supra.*

57.    Since at least March 2017, Brooks Run has discharged and continues to discharge pollutants with cause ionic stress and biological impairment in the Birch River, Laurel Creek and their tributaries, including Missouri Creek, Chuffy Run, Bragg Creek, Kate Run and other tributaries receiving discharges from the Seven Pines Mine in violation of the narrative water quality standards for biological integrity and aquatic life protection 47 C.S.R. §§ 2-3.2.3 & 2-3.2.i.

58.    The condition incorporated into Part C of WV/NPDES Permit No. WV1009885 that provides that "[t]he discharge or discharges covered by [this] WV/NPDES permit are to be such quality so as not to cause a violation of applicable water quality standards promulgated by 47 CSR 2" is an enforceable "effluent standard[] or limitation[]" for purposes of Section 505(a)(1) of the Clean Water Act because it is a condition of a permit issued under Section 402 of the Act. 33 U.S.C. § 1365(f).

59.    The narrative water quality standards for biological integrity and aquatic life protection are therefore by reference through Part C of Brooks Run's WV/NPDES Permit WV1009885.

60.    Based on the WVSCI scores and measured concentrations of ionic pollutants and specific conductivity in Brooks Run's discharges, and Brooks Run's failure to take corrective actions to address those conditions, Brooks Run is in violation of permit WV1009885.

61.    Brooks Run is subject to an injunction under the CWA to cease its permit violations.

62.    Brooks Run is subject to civil penalties for each day of violation of its permits.

## SECOND CLAIM FOR RELIEF
### (SMCRA Violations)

63.    Plaintiffs incorporate by reference all allegations contained in paragraphs 1 through 62 above.

64.     Brooks Run's WVSCMRA Permit S201002 requires it to comply with performance standards of the WVSCMRA. 38 W.Va C.S.R. § 2-3.33(c).

65.     Those performance standards require that "discharge from areas disturbed by surface mining shall not violate effluent limitations or cause a violation of applicable water quality standards."  38 W.Va. C.S.R. § 2-14.5.b.

66.     West Virginia water quality standards prohibit discharges of "[m]aterials in concentrations which are harmful, hazardous or toxic to man, animal or aquatic life" or that cause "significant adverse impacts to the chemical, physical, hydrologic, or biological components of aquatic ecosystems."  47 C.S.R. §§ 2-3.2.e & 2-3.2.i.

67.     WVSCMRA performance standards also provide that "[a]ll surface mining and reclamation activities shall be conducted . . . to prevent material damage to the hydrologic balance outside of the permit area." 38 W.Va. C.S.R. § 2-14.5.  "Material damage" at a minimum includes violations of water quality standards.

68.     By violating NDPES permit effluent limitations and West Virginia water quality standards at its Seven Pines Mine, Brooks Run has also violated and continues to violate the performance standards incorporated as conditions to WSCMRA Permit S201002.

69.     Federal and State performance standards also require that "[i]f drainage, control, restabilization, and revegetation of disturbed areas, diversion of runoff, mulching, or other reclamation and remedial practices are not adequate to meet the requirements of this section and § 816.42, the operator shall use and maintain the necessary water-treatment facilities or water quality controls."  30 C.F.R. § 816.41(d)(1); *see also,* 38 C.S.R. § 2-14.5.c ("Adequate facilities shall be installed, operated and maintained using the best technology currently available in accordance with

the approved preplan to treat any water discharged from the permit area so that it complies with the requirements of subdivision 14.5.b. of this subsection.").

70.     The violations identified herein show that Brooks Run's existing treatment methods are insufficient to meet the above requirement. Thus, the performance standards require Brooks Run to construct a system that will effectively treat its effluent to levels that comply with all applicable effluent limitations and water quality standards.

71.     Each violation of Brooks Run's WVSCMRA permits is a violation of SMCRA and is enforceable under the citizen suit provision of SMCRA, 30 U.S.C. § 1270(a).

72.     Brooks Run is subject to an injunction under SMCRA ordering it to cease its permit violations.

## RELIEF REQUESTED

WHEREFORE, Plaintiffs respectfully request that this Court enter an Order:

1.     Declaring that Brooks Run has violated and is in continuing violation of the CWA and SMCRA;

2.     Enjoining Brooks Run from operating its Seven Pines Mine in such a manner as will result in further violations of WV/NPDES Permit No. WV1009885 and WVSCMRA Permit S201002;

3.     Order Brooks Run to immediately comply with the effluent limitations in WV/NPDES Permit No. WV1009885;

4.     Ordering Brooks Run to immediately comply with the terms and conditions of WVSCMRA Permit S201002;

5.     Ordering Brooks Run to pay appropriate civil penalties for each day of violation of its NPDES permits pursuant to 309(d) and 505(a) of the Act, 33 U.S.C. §§ 1319(d) and 1365(a);

6.      Ordering Brooks Run to conduct monitoring and sampling to determine the environmental effects of its violations, to remedy and repair environmental contamination and/or degradation caused by its violations, and restore the environment to its prior uncontaminated condition;

7.      Awarding Plaintiffs their attorney and expert witness fees and all other reasonable and expenses incurred in pursuit of this action; and

8.      Granting other such relief as the Court deems just and proper.

Respectfully submitted,
**/s/ Derek O. Teaney**
DEREK O. TEANEY (WV Bar No. 10223)
J. MICHAEL BECHER (WV Bar No. 10588)
APPALACHIAN MOUNTAIN ADVOCATES, INC.
P.O. Box 507
Lewisburg, WV 24901
(304) 793-9007
dteaney@appalmad.org
mbecher@appalmad.org

Counsel for Plaintiffs