### IN THE UNITED STATES DISTRICT COURT
### FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

**WEST VIRGINIA HIGHLANDS**
**CONSERVANCY and SIERRA CLUB,**

    **Plaintiffs,**

  v.                                                                                    **CIVIL NO. 2:19-CV-41**
                                                                                          **(KLEEH)**

**BROOKS RUN MINING COMPANY, LLC,**

    **Defendant.**

### ORDER GRANTING MOTIONS FOR ATTORNEYS' FEES AND CIVIL PENALTIES [ECF NOS. 37, 39]

On April 13, 2022, the Court entered a briefing schedule on the issue of damages. Plaintiffs filed a motion for attorneys' fees and a motion for civil penalties in accordance with the schedule, but Defendant has not filed a response. For the reasons cited in Plaintiffs' motions, and noting Defendant's lack of response, the motions are **GRANTED** [ECF Nos. 37, 39].

The Court hereby **AWARDS** attorneys' fees to Plaintiffs in the amount of $41,212.25 and expenses in the amount of $1,949.58, for a total of **$43,161.83**. The Court further **FINDS** that Defendant is subject to a civil penalty of **$649,500.00**.

It is so **ORDERED**.

The Clerk is directed to enter a separate order of judgment; strike this case from the Court's active docket; and transmit copies of this Order to counsel of record.

DATED: September 22, 2022

*/s/ Tom S. Kleeh*
THOMAS S. KLEEH, CHIEF JUDGE
NORTHERN DISTRICT OF WEST VIRGINIA