# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF WEST VIRGINIA
# ELKINS

| | |
|---|---|
| **WEST VIRGINIA HIGHLANDS CONSERVANCY and SIERRA CLUB,**<br><br>Plaintiffs,<br><br>v.<br><br>**BROOKS RUN MINING COMPANY, LLC,**<br><br>Defendant. | **CIVIL ACTION NO.: 2:19-CV-41**<br>**(JUDGE KLEEH)** |

## ORDER SCHEDULING STATUS CONFERENCE ON PENDING MOTION [ECF NO. 52] AND DIRECTING PARTIES TO MEET AND CONFER PRIOR TO HEARING

On September 22, 2023, the Honorable Judge Thomas S. Kleeh, Chief United States District Judge, entered an Order [ECF No. 53] referring the Defendant's Motion to Compel Discovery [ECF No. 52] to the undersigned Magistrate Judge so he may consider the record, do all things proper to render a decision, conduct a hearing on the motion, and issue an order as to the disposition of the motion.

Accordingly, it is hereby **ORDERED** that a Status Conference concerning the above-noted motion is scheduled before the undersigned on **Monday, October 2, 2023 at 1:30 p.m.** at the Clarksburg point of holding court, Third Floor, in the Magistrate Judge Courtroom.

The Status Conference will be conducted remotely, **using the Court's Zoom videoconferencing/teleconferencing credentials.** To join the meeting, participants may connect either by video or by telephone. Participants can connect by video by using the following link: https://www.zoomgov.com/j/1605681245?pwd=OU1BTDFQUDkraHA4U3Zpd1BIQW0rQT09 . Alternatively, participants may connect by telephone by calling (646) 828-7666, then entering

Meeting ID 160 568 1245 and Passcode 43281. If participants have trouble connecting or wish to have the Zoom link emailed to them directly, they may contact Magistrate Judge Aloi's Law Clerk, Nakia Ridgeway, directly by calling (304) 623-7172 or sending e-mail to nakia_ridgeway@wvnd.uscourts.gov.

Further, the parties are **ORDERED** to meet and confer, by telephone or other real-time means of communication, as to the above-noted motions prior to the hearing scheduled herein. If the parties resolve all of the matters raised in said motion, counsel for the movant shall notify the Court forthwith, by contacting the above-noted Law Clerk. If the parties do not resolve the matters raised in the motion, the Court will inquire as to the same during the aforementioned hearing.

It is all so **ORDERED**.

The Clerk of the Court is **DIRECTED** to provide a copy of this Order to all counsel of record, as applicable, as provided in the Administrative Procedures for Electronic Case Filing in the United States District Court for the Northern District of West Virginia.

**DATED: September 25, 2023.**

_____
MICHAEL JOHN ALOI
UNITED STATES MAGISTRATE JUDGE